**Michael L. WINTER, Plaintiff–Appellant,**

v.

**ALLEGANY COUNTY BOARD OF EDUCATION; William Aumiller; Wayne Belloff; James Smith, Defendants–Appellees.**

No. 08–1630.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2009.

Decided: March 10, 2009.

Robin R. Cockey, Cockey, Brennan & Maloney, PC, Salisbury, Maryland, for Appellant. Thomas J. Althauser, Eccleston & Wolf, PC, Hanover, Maryland, for Appellees.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Winter appeals the district court's order granting Defendants summary judgment on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Winter v. Allegany County Bd. of Educ.*, No. 1:06–cv–03093–WMN (D.Md. May 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*